**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**

**Alexandria Division**

```
_____
                               )
KIMBERLEE JEROME, et al.,      )
                               )
        Plaintiffs,            )
                               )
v.                             )    Civil Action No. 05-0861
                               )
ALBERTO GONZALEZ,              )
ATTORNEY GENERAL,              )
                               )
        Defendant.             )
_____)
```

**ORDER**

On December 23, 2005, the Court entered an Order to Sever the claims of Plaintiff Kimberlee Jerome (Jerome) and Plaintiff Susan Solomon (Solomon). It appearing to the Court that the Clerk of Court has not severed the claims of Jerome and Solomon, it is hereby

ORDERED that the Clerk of Court SEVER the claims of Jerome and Solomon by creating separate case files and civil action numbers for Jerome and Solomon.

                                                          /s/
                                          _____
                                          CLAUDE M. HILTON
                                          UNITED STATES DISTRICT JUDGE

Alexandria, Virginia
April 10, 2006